# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152340 & (90)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDERICK FREEMAN,
      Defendant-Appellant.

SC: 152340
COA: 311257
St. Clair CC: 86-128340-FC

_____/

      On order of the Court, the application for leave to appeal the July 30, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay and abey the application for leave to appeal is DENIED.

      BERNSTEIN, J., would grant leave to appeal.

      MCCORMACK, J., not participating because of her prior involvement in this case as counsel for a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



s0922

Clerk